IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-02476-REB-KLM

CARL J. HUBERT,

    Plaintiff,

v.

PRUCO SECURITIES, LLC a/k/a PRUDENTIAL FINANCIAL,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulated Motion To Dismiss, With Prejudice** [#22], filed February 6, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss, With Prejudice** [#22], filed February 6, 2008, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated February 7, 2008, at Denver, Colorado.

                                            BY THE COURT:

                                            **s/ Robert E. Blackburn**
                                            **Robert E. Blackburn**
                                            **United States District Judge**